STATE of Minnesota, Appellant,

v.

Christopher D. SUMMERS, Respondent.

No. 47670.

Supreme Court of Minnesota.

April 28, 1978.

Warren Spannaus, Atty. Gen., Thomas L. Fabel, Deputy Atty. Gen., Craig H. Forsman, Special Asst. Atty. Gen., St. Paul, D. P. Mattson, County Atty., Rochester, for appellant.

C. Paul Jones, Public Defender, St. Paul, for respondent.

PER CURIAM.

This appeal from a pretrial suppression order was consolidated for decision with the appeal in *State v. Lien,* Minn., 265 N.W.2d 833 filed herewith. In fact, a joint suppression order was issued by the district court which applied to both cases. Further, the facts are nearly identical in both cases, and the issues are the same. Accordingly, our decision in *State v. Lien* governs our disposition of this case.

Reversed and remanded for trial.

WAHL, Justice (dissenting).

I respectfully dissent from the majority opinion for the reasons stated by the trial court. I would affirm.